Aaron P. Bradford, Esq., #028540
**BRADFORD, LTD.**
2701 Lawrence Street, Suite 104
Denver, Colorado 80205
(303) 325-5467 (Office)
Aaron@APB-Law.com

*Attorney for Defendant*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF COCONINO

| | |
|---|---|
| TODD SERLIN, <br><br> Plaintiff, <br><br> v. <br><br> XANTERRA PARKS & RESORTS, INC., A DELAWARE CORPORATION AUTHORIZED TO CONDUCT BUSINESS IN THE STATE OF ARIZONA; JOHN DOES I through V; JANE DOES I through V; BLACK CORPORATIONS I through V; WHITE PARTNERSHIPS I through V; and GREEN LIMITED LIABILITY COMPANIES I through V, <br><br> Defendants. | Case No.: S0300CV201900114 <br><br> **DEFENDANTS' NOTICE OF REMOVAL** |

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PRESCOTT DIVISION:

Xanterra Parks & Resorts, Inc., on behalf of above captioned Defendants (collectively "Xanterra"), through undersigned counsel, BRADFORD, LTD, by this Notice of Removal submitted pursuant to 28 U.S.C. §§ 1441 and 1446 and D. Ariz. LRCiv. 3.6, gives notice of

the removal of this action from The Superior Court of The State of Arizona, Coconino County, to the United States District Court for the District of Arizona. In support of this Notice, Defendants respectfully shows the Court:

1. Plaintiff, Todd Serlin, filed a Complaint alleging Tort, Non-MotorVehicle, assigned as a Tier 2 Case, against Xanterra, Case No.: S0300CV201900114, on March 6, 2019 in Coconino County, Arizona. *See* Complaint.

2. Counsel for Xanterra, BRADFORD, LTD, accepted and returned a waiver of service on behalf of Xanterra on March 15, 2019. *See* Waiver and Acceptance of Service.

3. Plaintiff "is, and at all times relevant to this Complaint was, a resident of Los Angeles County, California." Complaint at ¶ 1.

4. Xanterra is, and at all times relevant was, a Delaware Corporation with its principle place of business in Greenwood Village, Colorado. *See* Exhibit A, Affidavit of Long.

5. Xanterra is not a citizen of Arizona.

6. Diversity of citizenship amongst the parties pursuant to 28 U.S.C.S. § 1332 is established amongst Plaintiff and Xanterra.

7. Plaintiff's Complaint fails to state a monetary or non-economic amount of damages sought. Complaint at ll. 8-20.

8. Plaintiff's Complaint assigns the Case to Tier 2. Tier 2 cases claim damages of more than $50,000.00 but less than $300,000. Ariz. R. Civ. Pro. 26.2(c)(3); *See* Complaint.

9. Plaintiff's Complaint does allege that his injuries include: gastroenteritis, nausea, dehydration, damage to his pancreas, diabetes, and emotional distress, suffering, and for an indefinite time, great pain, suffering, significant discomfort and loss of quality of life, and

expenses for necessary medical care and treatment for the rest of his life. Complaint at ll. 8-16.

10. Plaintiff made a pre-suit demand to Xanterra well in excess of the jurisdictional limit provided at 28 U.S.C.S. § 1332. *See* Exhibit A, Affidavit of Long.

11. Upon information and belief, Plaintiff is claiming damages in excess of $100,00.00 to compensate him for the above alleged damages in this suit.

12. The jurisdictional limit for an amount in controversy in excess of $75,000.00 pursuant to 28 U.S.C.S. § 1332 is met in this matter.

13. This matter is currently pending in The Superior Court of Arizona, Coconino County, thus the Prescott Division of the United States District Court of the District of Arizona is the proper division to remove to pursuant to 28 U.S.C.S. § 1441.

14. Removal of this matter to The United States District Court for the District of Arizona, Prescott Division is proper pursuant to 28 U.S.C.S. § 1332, 28 U.S.C. §§ 1441 and 1446, and D. Ariz. LRCiv. 3.6.

15. A copy of this Notice of Removal has been filed with the clerk of the state court from which the action or prosecution has been removed.

16. A copy of this notice of Removal is being served to Plaintiff in this matter.

17. A copy of the docket at the time of this filing and all pleadings or other filings filed thus far in this matter is being provided with this filing.

Dated this 28th day of March, 2019.

*Aaron P. Bradford*
Aaron P. Bradford
BRADFORD, LTD.

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2019, I filed the foregoing through the Arizona State Court electronic filing system which will provide notice of filing and copy to the following counsel of record and via electronic mail:

Eddie A. Pantiliat
Lori N. Brown
HYMSON GOLDSTEIN PANTILIAT& LOHR, PLLC
16427 N. Scottsdale Road, Suite 300 Scottsdale, Arizona 85254
Telephone: (480) 991-9077
Email: eap@hgplaw.com
lbrown@hgplaw.com
minute@legalcounselors.com

*Counsel for Plaintiff*

                                                  */s/ Aaron P. Bradford*
                                                  Aaron P. Bradford