# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Serlin, | No. CV-19-08090-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Xanterra Parks & Resorts Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal with Prejudice (Doc. 25), filed on February 21, 2020,

**IT IS ORDERED** approving the Stipulation (Doc. 25) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 21st day of February, 2020.

Honorable Diane J. Humetewa
United States District Judge